# United States District Court
## Southern District of Georgia

CARALIS CROWNER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-1

DR. OCCHIPINTI; GERALDINE ROCK; SGT. AYANNA BRUCE; MS. C. JONES; MS. GENETRIA LANE; and MRS. SHARPE,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated February 28, 2020, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing Plaintiff's Complaint without prejudice and denying Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

March 17, 2020
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*